## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER WAITS**                                                    **PLAINTIFF**

**V.**                                    **NO. 1:13CV0019 BD**

**JOHN FERGUSON, et al.**                                               **DEFENDANTS**

### ORDER

Plaintiff Christopher Waits and Defendants John Ferguson, Dennis McNally, Lauren Garcia, and Glenda Rose have settled all issues between them. The parties have agreed to the dismissal of all of Plaintiff's claims. (Docket entry #53) Accordingly, all claims in this action are DISMISSED, with prejudice, and the Clerk is directed to close the case.

DATED this 10th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE